June 23, 1938

No. 38921.——Protest 857949-G of F. H. Von Damm. Abstract 38694. Application by plaintiff for rehearing granted.

June 27, 1938

No. 38922.—Suit 4138.——J. M. Da Rocha v. United States. Abstract 36663 affirmed.

No. 38923.—Suit 4124.——United States v. Shell Eastern Petroleum Products, Inc. T. D. 49026 affirmed.

Before the Second Division, June 29, 1938

No. 38924.—Protest 834347-G of Reynolds Metals Co. (Louisville).

Opinion by Kincheloe, J. In accordance with stipulation of counsel the protest was sustained.

No. 38925.—Protest 821138-G of Jordan Marsh Co. (Boston).

Opinion by Kincheloe, J. It was shown that the books in question are of bona fide foreign authorship. The claim at 15 percent under paragraph 1410 was therefore sustained. United States v. Field (14 Ct. Cust. Appls. 376, T. D. 42031) cited.

No. 38926.—Protests 945869-G, etc., of Charles Bruning Co., Inc., et al. (New York).

Opinion by Kincheloe, J. On the authority of Perseverance Import Corp. v. United States (T. D. 49290) the protests were sustained.

No. 38927.—Protests 949499-G, etc., of B. Altman & Co. et al. (New York).

Opinion by Kincheloe, J. On the authority of United States v. Field (25 C. C. P. A. 308, T. D. 49422) and Anniston v. Davis (301 U. S. 337) the protests were dismissed.

No. 38928.—Protests 933677-G/87545, etc., of Marshall Field & Co. (Chicago).

Opinion by Kincheloe, J. On the authority of United States v. Field (25 C. C. P. A. 308, T. D. 49422) and Anniston v. Davis (301 U. S. 337) the protests were dismissed.